IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DYLAN HENDRIEX, II,
    Petitioner,

vs.                                        CASE NO.: 3:09cv345/LAC/MD

WALTER A. MCNEIL,
    Respondent.

## O R D E R

        Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. 1). However, petitioner has failed to use the court form for filing his petition. Local Rule 5.1(J) for the Northern District of Florida states that the court will not accept for consideration a petition under § 2254 unless the appropriate form is completed. N.D. Fla. Loc. R. 5.1(J). Thus, petitioner must file his petition on the form for use in § 2254 cases, even if he wants to attach separate pages explaining the facts that underlie this action.

        To amend his petition, petitioner should completely fill out the § 2254 form, marking it "**Amended Petition**." Petitioner is advised that the amended petition must contain all of his grounds for relief, and it should not in any way refer to the previously filed materials. The amended petition completely replaces all previous petitions. Once an amended petition is filed, all earlier petitions are disregarded. N. D. Fla. Loc. R. 15.1.

        Petitioner has also filed a motion to proceed *in forma pauperis*. (Doc. 2). However, petitioner's application is deficient. A complete application to proceed *in forma pauperis* includes a motion with supporting affidavit, a prisoner consent form and a financial certificate with attachments (a printout of the transactions in petitioner's inmate trust account for the six-month period immediately preceding the filing of the petition). Petitioner has provided a printout for only a four-month period.

Accordingly, it is ORDERED:

1. The clerk of court shall forward to the petitioner the form for use in § 2254 cases. This case number shall be written on the form.

2. Within **thirty (30) days** from the date of this order, petitioner shall file his amended petition, which shall be typed or clearly written, and submitted on the court form.

3. Within **the same time period**, petitioner shall submit a printout of transactions in his inmate account for the months of February and May of 2009. In the alternative, petitioner shall submit payment of $5.00 to the clerk of this court.

4. Petitioner's failure to comply with this order as directed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of the court.

DONE AND ORDERED this 9th day of September, 2009.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**