IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DYLAN HENDRIEX, II,
    Petitioner,

vs.                              CASE NO.: 3:09cv345/LAC/MD

WALTER MCNEIL,
    Respondent.

## O R D E R

    This cause is before the court upon respondent's answer to amended petition for writ of habeas corpus (doc. 22). Before the court rules on this matter, the petitioner shall have an opportunity to respond.

    Accordingly, it is ORDERED:

    Petitioner shall have twenty-eight (28) days from the date this order is entered on the docket in which to respond to the answer filed by respondent.

    DONE AND ORDERED this 4th day of June, 2010.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE